UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK,AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-39CB, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-39CB

In Re:

Brian  McTigue

Jennifer   R McTigue aka Jennifer Rose Nowicki aka

Jennifer R Nowicki aka Jennifer Rose McTigue

Case No: <u>26-14674 CMG</u>

Chapter: <u>13</u>

Judge: <u>Christine M. Gravelle</u>

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-39CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-39CB.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 06/03/2026

/s/ *Matthew Fissel*

Matthew Fissel
03 Jun 2026, 12:43:08, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: f7c4411f9e69fa718cc625f54f4207a42fcf44b3bae12e7f832cbc593cda22f9