Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−14674−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian McTigue
2070 Church Road
Toms River, NJ 08753

Jennifer R McTigue
aka Jennifer Rose Nowicki, aka Jennifer R
Nowicki, aka Jennifer Rose McTigue
2070 Church Road
Toms River, NJ 08753

Social Security No.:
  xxx−xx−0353

  xxx−xx−9584

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 25, 2026.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 25, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-14674-CMG |
| Brian McTigue | Chapter 13 |
| Jennifer R McTigue | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 25, 2026 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian McTigue, Jennifer R McTigue, 2070 Church Road, Toms River, NJ 08753-1439 |
| 521089090 | | Santander Bank, NA, 3 Huntington Quadrangle, Suite 101 North, Farmingville, NY 11738 |
| 521089094 | | Tab Bank Serviced by Netcredit, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-4806 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521089061 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2026 21:14:28 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521089060 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2026 21:14:29 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521089063 | | EDI: CAPITALONE.COM | Jun 26 2026 00:51:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521089062 | | EDI: CAPITALONE.COM | Jun 26 2026 00:51:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521089064 | | EDI: CAPITALONE.COM | Jun 26 2026 00:51:00 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 521205002 | + | EDI: AIS.COM | Jun 26 2026 00:58:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521089065 | | EDI: CITICORP | Jun 26 2026 00:57:00 | Cbusasears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 521089066 | | EDI: CITICORP | Jun 26 2026 00:57:00 | Cbusasears, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521089068 | | EDI: WFNNB.COM | Jun 26 2026 00:57:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521089067 | | EDI: WFNNB.COM | Jun 26 2026 00:57:00 | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 521089069 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 21:14:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 521089070 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2026 21:15:00 | Credit One Bank, Attn: Bankruptcy Department, |

District/off: 0312-3                 User: admin                         Page 2 of 4

Date Rcvd: Jun 25, 2026              Form ID: 148                        Total Noticed: 41

| | | | |
|---|---|---|---|
| | | | 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521089071 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 25 2026 21:07:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521089072 | EDI: DISCOVER | Jun 26 2026 00:51:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521089074 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 21:14:18 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 521089073 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 21:14:55 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 521089075 | ^ MEBN | Jun 25 2026 21:04:28 | Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 521089078 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521203995 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:15:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521089079 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 21:14:36 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521089082 | Email/Text: ml-ebn@missionlane.com | Jun 25 2026 21:06:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 521089083 | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 25 2026 21:15:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 521089084 | + Email/Text: netcreditbnc@enova.com | Jun 25 2026 21:07:00 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 521089085 | Email/Text: netcreditbnc@enova.com | Jun 25 2026 21:07:00 | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 521089087 | Email/Text: mtgbk@shellpointmtg.com | Jun 25 2026 21:06:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 521089086 | Email/Text: mtgbk@shellpointmtg.com | Jun 25 2026 21:06:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521089088 | Email/Text: info@plazaservicesllc.com | Jun 25 2026 21:06:00 | Plaza Servic, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 521089089 | Email/Text: info@plazaservicesllc.com | Jun 25 2026 21:06:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328-4806 |
| 521257320 | EDI: PRA.COM | Jun 26 2026 00:57:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521253422 | EDI: Q3G.COM | Jun 26 2026 00:58:00 | Quantum3 Group LLC as agent for, Plaza Services LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521241767 | EDI: Q3G.COM | Jun 26 2026 00:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521089091 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 25 2026 21:06:00 | State of New Jersey, N.J. Division of Taxation, Bankruptcy Section PO Box 245, Trenton, NJ 08695-0245 |
| 521089092 | ^ MEBN | Jun 25 2026 21:04:02 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 521089093 | EDI: SYNC | Jun 26 2026 00:51:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 521089095 | ^ MEBN | Jun 25 2026 21:05:12 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 521089096 | ^ MEBN | Jun 25 2026 21:03:57 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA |

District/off: 0312-3                              User: admin                                   Page 3 of 4
Date Rcvd: Jun 25, 2026                          Form ID: 148                                  Total Noticed: 41

90076-0809

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521089076 | | Internal Revenue Service |
| 521089077 | | Internal Revenue Service |
| 521220409 | | Internal Revenue Service |
| 521220410 | | Internal Revenue Service |
| 521220394 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521220393 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 521220396 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521220395 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521220397 | * | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 521220398 | * | Cbusasears, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 521220399 | * | Cbusasears, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521220401 | * | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521220400 | * | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 521220402 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 521220403 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521220404 | * | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 521220405 | * | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521220407 | * | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 521220406 | * | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 521220408 | *+ | Hladik, Onorato & Federman, LLP, 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 521220411 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521089080 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521089081 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521220412 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521220413 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521220414 | * | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521220415 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 521220416 | * | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 521220417 | *+ | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 521220418 | * | NetCredit, Attn: Bankruptcy, 175 W Jackson Blvd Ste 600, Chicago, IL 60604-2948 |
| 521220420 | * | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 521220419 | * | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521220421 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Servic, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 521220422 | *P++ | PLAZA SERVICES LLC, ATTN MANNY WILLIAMS, 110 HAMMOND DRIVE, SUITE 110, ATLANTA GA 30328-4806, address filed with court:, Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr Ste 110, Atlanta, GA 30328-4806 |
| 521220424 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, N.J. Division of Taxation, Bankruptcy Section PO Box 245, Trenton, NJ 08695-0245 |
| 521220423 | * | Santander Bank, NA, 3 Huntington Quadrangle, Suite 101 North, Farmingville, NY 11738 |
| 521220425 | * | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 521220426 | * | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 521220427 | * | Tab Bank Serviced by Netcredit, 110 Hammond Dr, Ste 110, Atlanta, GA 30328-4806 |
| 521220428 | * | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 521220429 | * | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 4 Undeliverable, 37 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                         User: admin                              Page 4 of 4

Date Rcvd: Jun 25, 2026                      Form ID: 148                          Total Noticed: 41

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Brian McTigue bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Joint Debtor Jennifer R McTigue bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-39CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-39CB bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5