Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–14674–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian McTigue
2070 Church Road
Toms River, NJ 08753

Jennifer R McTigue
aka Jennifer Rose Nowicki, aka Jennifer R Nowicki, aka Jennifer Rose McTigue
2070 Church Road
Toms River, NJ 08753

Social Security No.:
xxx–xx–0353

xxx–xx–9584

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 27, 2026</u>

<u>Christine M. Gravelle</u>
Judge, United States Bankruptcy Court